IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,                    No. CIV S-10-2220 DAD P

   vs.

STEPHEN PASS, et al.,

      Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed May 16, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On June 2, 2011, plaintiff submitted the USM-285 forms and copies of the complaint. However, plaintiff noted that he has learned that defendant Williams is no longer employed with California Medical Facility and plaintiff does not have a current address for him.

/////

/////

/////

1

Plaintiff shall promptly seek through discovery, the California Public Records Act, California Government Code § 6250, et seq., or other means available defendant Williams' address.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one blank USM-285 form; and

2. Within sixty days, plaintiff shall submit to the court the completed USM-285 form required to effect service on defendant Williams. Failure to return the document within the specified time period will result in a recommendation that defendant Williams be dismissed.

DATED: June 8, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly/4
lee2220.8f

---

[1] Plaintiff is advised that the court is authorized to dismiss claims against a defendant who has not been served with process within 120 days after the filing of the complaint, unless the plaintiff shows good cause for failing to effect service. Fed. R. Civ. P. 4(m).