IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

        Plaintiff,                    No. CIV S-10-2220 GEB DAD P

    vs.

STEPHEN PASS, et al.,

        Defendant.               <u>ORDER</u>

_____/

        On November 15, 2011, a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure was filed on behalf of defendants Behler and White. Plaintiff has not filed any opposition to that motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On August 22, 2011, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        In addition, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Finally, in the court's service order filed August 22, 2011,

plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the pending motion to dismiss filed on behalf of defendants Behler and White. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that the motion to dismiss filed on behalf of defendants Behler and White be granted.

DATED: January 4, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lee2220.46.osc