1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GEORGE LEE,

11           Plaintiff,                      No. CIV S-10-2220 GEB DAD P

12        vs.

13    STEPHEN PASS, et al.,

14           Defendants.              ORDER

15    _____/

16           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17    42 U.S.C. § 1983.  On November 15, 2011, defendants filed a motion to dismiss plaintiff's

18    complaint for failure to state a cognizable First Amendment claim.  On January 5, 2012, the court

19    ordered plaintiff to file his opposition to the motion to dismiss within thirty days.  On January 26,

20    2012, plaintiff filed a letter with the court explaining that he does not have access to his personal

21    property and requesting a court order requiring prison officials to release his property.  The court

22    will deny plaintiff's request but will provide him with an extension of time to file his opposition

23    to defendants' motion to dismiss.  If plaintiff requests any additional time in which to file his

24    opposition to the pending motion, he must explain the steps he has taken to use the inmate

25    grievance process to obtain his property and explain what specific property he requires in order to

26    file his opposition.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.  Plaintiff's January 26, 2012 request for a court order requiring the release of

3    his property (Doc. No. 31) is denied; and

4         2.  Plaintiff is granted an extension of time and shall file his opposition to

5    defendants' motion to dismiss within thirty days from the service of this order.

6    DATED: February 13, 2012.

7

8                                    _____

9    DAD:4                           DALE A. DROZD
     lee2220.oppoeot                 UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2