IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,                  No. 2:10-cv-02220-GEB-DAD

    vs.

STEPHEN PASS, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 15, 2011, defendants Behler and White filed a motion to dismiss. Subsequently, plaintiff propounded several discovery requests. Defendants Behler and White now seek a stay of discovery pending the court's resolution of defendants' motion to dismiss. The request will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Defendants Behler and White's May 31, 2012 motion to stay discovery (Doc. No. 35) is granted; and

/////

/////

/////

1

1      2.  Discovery requests propounded on defendants Behler and White are stayed
2 pending resolution of defendants Behler and White's motion to dismiss.  This stay, however,
3 does not extend to any discovery requests propounded by plaintiff on defendants White and
4 Williams.
5 DATED: June 1, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lee02220.stay