IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,                    No. 2:10-cv-02220-GEB-DAD

      vs.

STEPHEN PASS, et al.,

      Defendants.             <u>ORDER</u>

          Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 15, 2011, defendants Behler and White filed a motion to dismiss. Subsequently, plaintiff propounded several discovery requests. Defendants Behler and White now seek a stay of discovery pending the court's resolution of defendants' motion to dismiss. The request will be granted.

          Accordingly, IT IS HEREBY ORDERED that:

          1. Defendants Behler and White's May 31, 2012 motion to stay discovery (Doc. No. 35) is granted; and

/////

/////

/////

1

2. Discovery requests propounded on defendants Behler and White are stayed pending resolution of defendants Behler and White's motion to dismiss. This stay, however, does not extend to any discovery requests propounded by plaintiff on defendants White and Williams.

DATED: June 1, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lee02220.stay