IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,                    No. 2:10-cv-02220-GEB-DAD P

      vs.

STEPHEN PASS, et al.,

      Defendants.             ORDER

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 19, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed July 19, 2012, are adopted in full;

2. The motion to dismiss filed on behalf of defendants Behler and White on November 15, 2011 (Doc. No. 23), is granted; and

3. Defendants Behler and White are dismissed and this action shall proceed solely against defendants McDonald and Williams on plaintiff's claim that he was denied access to the court in violation of his rights under the First Amendment.

Dated: August 27, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge